798 A.2d 1264

IN THE MATTER OF FREDERICK W.
HOCK, AN ATTORNEY AT LAW.

June 13, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–202, concluding that **FREDERICK W. HOCK** of **VERONA,** who was admitted to the bar of this State in 1949, should be reprimanded for violating *RPC* 1.8(c) (a lawyer shall not prepare an instrument giving the lawyer or a person related to the lawyer any substantial gift from a client, including a testamentary gift, except where the client is related to the donee) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **FREDERICK W. HOCK** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.